# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3510
L.T. Case No. 2001-CF-001584-C

_____

HERMANDO LAQUIN SIMMONS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

Hermando Laquin Simmons, Raiford, pro se.

No Appearance for Appellee.

January 15, 2026

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____